UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC DIAZ, on behalf of himself and others similarly situated,

                Plaintiff,

v.

BARBETTA RESTAURANT, INC. and LAURA MAIOGLIO,

                Defendants.

Case No.: 10-cv-3647

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice against the defendants, BARBETTA RESTAURANT INC. and LAURA MAIOGLIO, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_____
Robert L. Kraselnik, Esq. (RK 0684)
Attorney for Plaintiff

_____
W. Scott Krol, Esq. (WK 1014)
Attorney for Defendants

Robert L. Kraselnik, Esq.
KRASELNIK & LEE, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: 212-465-1189

W. Scott Krol, Esq.
BUSSON & SIKORSKI P.C.
381 Park Avenue South Suite # 615
New York, NY 10016
Tel: 212-532-7191

**SO ORDERED:**

Dated: _____

_____
United States District Judge